| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ginsburg, Ruth B. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>05/15/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 12/15/18 | Museum of the City of New York (donation to charitable organization) | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Sundance Film Festival | January 20-22, 2018 | Park City, UT | Participant in conversational program for the documentary film, RBG | transportation, lodging, food |
| 2. | Roger Williams University School of Law | January 29-31, 2018 | Providence, RI | Participant in conversational program | transportation, lodging, food |
| 3. | New York University School of Law | February 5, 2018 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 4. | New York Law School | February 6, 2018 | New York, NY | Participant in Sidney Shainwald Public Interest Lecture conversational program | transportation, lodging, food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ginsburg, Ruth B. | 05/15/2019 |

| 5. | Columbia Law School | February 11, 2018 | New York, NY | Participant in "She Opened the Door" Women's Conference | transportation, lodging, food |
|---|---|---|---|---|---|
| 6. | University of Pennsylvania Law School | February 12, 2018 | Philadelphia, PA | Participant in Symposium and Roberts Lecture conversational program | transportation, lodging, food |
| 7. | New York City Bar Association | May 22, 2018 | New York, NY | Participant in Annual RBG Lecture program | transportation, lodging, food |
| 8. | Genesis Prize Foundation | July 2-5, 2018 | Tel Aviv and Jerusalem, Israel | Recipient of the Lifetime Achievement Award | transportation, lodging, food |
| 9. | Morris Kahn | July 6-8, 2018 | Eilat, Israel and Petra and Amman, Jordan | Tourist as guest of Morris Kahn | transportation, lodging, food |
| 10. | Loyola University Chicago Law School | July 8-13, 2018 | Rome, Italy | Participant in Study Abroad program | transportation, lodging, food |
| 11. | Arena Stage | July 29, 2018 | New York, NY | Participant in conversational program for The Originalist | transportation, lodging, food |
| 12. | Columbia Law School | September 21, 2018 | New York, NY | Participant in Celebration of the 25th Anniversary of my Investiture | transportation, lodging, food |
| 13. | Museum of the City of New York | December 15, 2018 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 14. | Focus Features | December 16, 2018 | New York, NY | Participant in conversational program for the "On the Basis of Sex" New York Premiere | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-JP Morgan formerly Morgan Guaranty Trust Co., NYC | | None | M | T | | | | | |
| 2. TIAA CREF Retirement Accounts (H) | | | | | | | | | |
| 3. Columbia Universiy Retirement Plan (H) | | | | | | | | | |
| 4. -TIAA Traditional | E | Interest | O | T | Distributed (part) | 03/28/18 | K | | |
| 5. NJ ABP Pre 1995 403(B) Plan (H) | | | | | | | | | |
| 6. -TIAA Traditional | D | Interest | N | T | Distributed (part) | 03/28/18 | K | | |
| 7. Columbia University Voluntary Retirement (H) | | | | | | | | | |
| 8. -TIAA Traditional | A | Int./Div. | L | T | Distributed (part) | 03/28/18 | J | | |
| 9. -TIAA Real Estate | A | Int./Div. | L | T | Distributed (part) | 03/28/18 | J | | |
| 10. - CREF Stock R3 | A | Int./Div. | L | T | Distributed (part) | 03/28/18 | J | | |
| 11. - CREF Inf Linked Bond R3 | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 12. TIAA CREF IRA #1 (H) | | | | | | | | | |
| 13. -TIAA Traditional | A | Interest | J | T | Distributed (part) | 03/28/18 | J | | |
| 14. - CREF Social Choice R1 | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 15. -TIAA Real Estate | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 16. - CREF Bond Market R1 | A | Interest | J | T | Distributed (part) | 03/28/18 | J | | |
| 17. - CREF Stock R1 | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -TC Social Change EQ Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 19. -TC Intl EQ Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 20. -TC Mid Cap Val Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 21. -TC Lg Cap Val IDX Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 22. -TC Intl Eq Idx Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 23. -TC Sm Cap Eq Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 24. -TC Intl Lnkd Bond Ret | A | Interest | J | T | Distributed (part) | 03/28/18 | J | | |
| 25. -TC Bond Ret | A | Interest | J | T | Distributed (part) | 03/28/18 | J | | |
| 26. TIAA IRA # 2 (H) | | | | | | | | | |
| 27. -TIAA Traditional | A | Interest | J | T | Distributed (part) | 03/28/18 | J | | |
| 28. - CREF Social Choice R1 | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 29. -TIAA Real Estate | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 30. - CREF Bond Market R1 | A | Interest | J | T | Distributed (part) | 03/28/18 | J | | |
| 31. - CREF Stock R1 | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 32. -TC Intl EQ Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 33. -TC Social Change EQ Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 34. -TC Mid Cap Val Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TC Lg Cap Val IDX Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 36. -TC Intl Eq Idx Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 37. -TC Sm Cap Eq Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/18 | J | | |
| 38. -TC Infl Lnkd Bond Ret | A | Interest | J | T | Distributed (part) | 03/28/18 | J | | |
| 39. -TC Bond Ret | A | Interest | J | T | Distributed (part) | 03/28/18 | J | | |
| 40. Fried Frank Pension (commenced on death of spouse) | G | Distribution | N | T | | | | | |
| 41. JP Morgan Equity Income | C | Dividend | M | T | | | | | |
| 42. JP Morgan Market Expansion | B | Dividend | M | T | | | | | |
| 43. JP Morgan Investment Cash | A | Interest | K | T | | | | | |
| 44. JP Morgan Tax Aware Equity | C | Dividend | N | T | | | | | |
| 45. JP Morgan Strategic Income Opportunity | D | Dividend | M | T | | | | | |
| 46. JP Morgan Intrepid European Fund | C | Dividend | M | T | | | | | |
| 47. JP Morgan Equity Focus Fund | C | Dividend | M | T | | | | | |
| 48. JP Morgan Unconstrained Debt Fund formerly Multi Sector Income Fund | D | Dividend | M | T | | | | | |
| 49. SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |
| 50. ISHARES Core S&P Mid Cap ETF | C | Dividend | M | T | | | | | |
| 51. ISHARES MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JPM Global Res Enh Index Fund | C | Dividend | M | T | Sold (part) | 12/18/18 | M | A | |
| 53. DEUTSCHE X-TRACKERSMSCI EAF | B | Dividend | L | T | | | | | |
| 54. DEUTSCHE X-TRACKERS MSCI EUR | B | Dividend | L | T | | | | | |
| 55. ISHARES MSCI JAPAN INDEX FUND | A | Dividend | K | T | | | | | |
| 56. Detroit MI SWR DISP 5.5% , 07/01/2036 | A | Interest | | | Sold | 07/02/18 | L | A | |
| 57. Arnold, MO Sales Tax Incr Rev 7.75 %, 5/1/2027 | A | Interest | | | Sold | 11/01/18 | K | A | |
| 58. Milwaukee WI Swrage Rev 5%, 6/1/2019 | B | Interest | L | T | | | | | |
| 59. North Carolina Eastern Muni PWR Agency 4.5%, 1/1/2024 | B | Interest | L | T | | | | | |
| 60. Wichita, KS WTR & SWR Util Rev 5%, 10/1/2024 | B | Interest | L | T | | | | | |
| 61. Davis Cty UT Sch Dist, 4% 6/01/18 | C | Interest | | | Sold | 06/01/18 | L | A | |
| 62. MA ST Cons Ln Public IMP 5.5 %, 8/1/18 | B | Interest | | | Sold | 08/01/18 | L | A | |
| 63. PA ST Second Series, 5%, 4/15/23 | C | Interest | L | T | | | | | |
| 64. FL ST Bd of Educ Lottery Rev, 5%, 8/1/18 | B | Interest | L | T | | | | | |
| 65. Loudon Cty VA Eco Dev 5%, 11/12/2015 | B | Interest | K | T | | | | | |
| 66. Montgomery Cnty TN 5%, 4/01/21 | B | Interest | K | T | | | | | |
| 67. WI ST Urerel Ser1, 5%, 05/01/21 | B | Interest | K | T | | | | | |
| 68. Houston TX UtilSys 1st Lien Ser C, 4%, 5/15/17 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Seattle WA Mun iLt& Pwr, Ser B, 5%, 4/1/22 | B | Interest | L | T | | | | | |
| 70. WA ST Ref Ser R, 5%, 8/1/22 | B | Interest | K | T | | | | | |
| 71. Laredo TX, Ref Ltd Tax, 5% 2/15/23 | B | Interest | L | T | | | | | |
| 72. MO St Hways & Trnst Ser B 5%, 5/1/2023 | B | Interest | K | T | Buy | 08/07/18 | K | | |
| 73. Pima Cty AZ Sewr 5%, 07/01/23 | B | Interest | L | T | | | | | |
| 74. Birmingham AL Warrants Ser B, 5%, 03/01/24 | B | Interest | K | T | | | | | |
| 75. WI ST Trans Rev Ser A 5%, 7/1/2024 | B | Interest | K | T | Buy | 07/12/18 | K | | |
| 76. NH ST Ser A 5%, 3/1/25 | B | Interest | L | T | | | | | |
| 77. Met Govt Nashville & Davidson Cty, 5%, 7/1/25 | B | Interest | K | T | | | | | |
| 78. N TX ST Muni Wtr Dist 5%, 9/1/26 | B | Interest | L | T | | | | | |
| 79. Dist of Columbia, 5%, 6/1/27 | B | Interest | L | T | | | | | |
| 80. PA ST Univ Ser B 5.25%,8/15/2027 | B | Interest | K | T | Buy | 06/08/18 | K | | |
| 81. IN ST Fin Auth Rev Ser A Green 5%, 2/1/2028 | B | Interest | K | T | Buy | 10/11/18 | K | | |
| 82. MD ST Dept Trans, 5%, 5/1/2028 | B | Interest | L | T | Buy | 06/04/18 | L | | |
| 83. NY City NY Muni Wtr Fina, 5%, 6/15/28 | B | Interest | L | T | | | | | |
| 84. NY ST Dorm Auth Persnl Inc Tax 5%, 2/15/29 | B | Interest | K | T | | | | | |
| 85. Bernstein Diversified Muni Portfolio Fund | B | Int./Div. | L | T | Buy (add'l) | 01/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Calvert US Large Cap Core Responsible Index FD | B | Dividend | M | T | Buy (add'l) | 04/02/18 | J | | |
| 87. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 88. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 89. DFA US Sustainability Core Port | B | Dividend | M | T | Buy (add'l) | 12/20/18 | J | | |
| 90. DFA US Social Core Equity 2 | B | Dividend | L | T | | | | | |
| 91. DFA Emerging Markets Social Core Equity | A | Dividend | K | T | Sold (part) | 01/18/18 | K | | |
| 92. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 93. DFA Intl Social Core Equity | C | Dividend | L | T | | | | | |
| 94. Nuveen High Yield Muni Bond | C | Interest | K | T | | | | | |
| 95. Pimco Emerging Local Bond | B | Int./Div. | K | T | Buy (add'l) | 06/26/18 | J | | |
| 96. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 97. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 98. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 99. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 100. T Rowe Price Summit Muni Intermediate | B | Int./Div. | L | T | Buy (add'l) | 10/01/18 | J | | |
| 101. Thornberg Intermed Muni Natl Inst | B | Int./Div. | L | T | | | | | |
| 102. Wells Fargo Ultra Short Term Muni Income | B | Int./Div. | L | T | Buy (add'l) | 01/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/02/18 | J | | |
| 104. ISHARES TR Russell Mid Cap | A | Dividend | K | T | | | | | |
| 105. ISHARES TR Russel 2000 Value | A | Dividend | K | T | | | | | |
| 106. ISHARES TR MSCI EAFE Small Cap | B | Dividend | K | T | | | | | |
| 107. SPDR SER TR Dow Jones REIT | B | Dividend | K | T | | | | | |
| 108. TIAA Investment Cash | A | Interest | J | T | | | | | |
| 109. TIAA Checking Cash | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544